# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 10-20859-CIV-SEITZ/O'SULLIVAN

MID CONTINENT CASUALTY CO.,

    Plaintiff,

vs.

ACTIVE DRYWALL SOUTH, INC., et al.,

    Defendants.

_____/

CASE NO. 10-20861-CIV-SEITZ/O'SULLIVAN

MID CONTINENT CASUALTY CO.,

    Plaintiff,

vs.

DESIGN DRYWALL OF SOUTH FLORIDA, LLC, et al.,

    Defendants.

_____/

CASE NO. 10-20862-CIV-SEITZ/O'SULLIVAN

MID CONTINENT CASUALTY CO.,

    Plaintiff,

vs.

JDM BUILDERS, INC., et al.,

    Defendants.

_____/

| | |
|---|---|
| MID CONTINENT CASUALTY CO., | CASE NO. 10-80457-CIV-SEITZ/O'SULLIVAN |
| Plaintiff, | |
| vs. | |
| NORTHSTAR HOLDINGS, INC., et al., | |
| Defendants. _____ / | |
| MID CONTINENT CASUALTY CO., | CASE NO. 10-80459-CIV-SEITZ/O'SULLIVAN |
| Plaintiff, | |
| vs. | |
| CLOUTIER BROTHERS, INC., et al., | |
| Defendants. _____ / | |
| MID CONTINENT CASUALTY CO., | CASE NO. 10-60484-CIV-SEITZ/O'SULLIVAN |
| Plaintiff, | |
| vs. | |
| CENTERLINE HOMES CONSTRUCTION, INC., et al., | |
| Defendants. _____ / | |
| MID CONTINENT CASUALTY CO., | CASE NO. 10-61571-CIV-SEITZ/O'SULLIVAN |
| Plaintiff, | |
| vs. | |
| JADE ORGANIZATION, et al., | |
| Defendants. _____ / | |

14496697v1  0900735  56475

| | |
|---|---|
| MID CONTINENT CASUALTY CO., | CASE NO. 10-23072-CIV-SEITZ/O'SULLIVAN |
| Plaintiff, | |
| vs. | |
| C.L. ARCHITECTS & CONTRACTORS, CORP., et al., | |
| Defendants. / | |
| MID CONTINENT CASUALTY CO., | CASE NO. 10-23082-CIV-SEITZ/O'SULLIVAN |
| Plaintiff, | |
| vs. | |
| GREGAN CONSTRUCTION, INC., et al., | |
| Defendants. / | |
| MID CONTINENT CASUALTY CO., | CASE NO. 10-61663-CIV-SEITZ/O'SULLIVAN |
| Plaintiff, | |
| vs. | |
| MEYERS CONSTRUCTION & REAL ESTATE, INC., et al., | |
| Defendants. / | |
| MID CONTINENT CASUALTY CO., | CASE NO. 10-61669-CIV-SEITZ/O'SULLIVAN |
| Plaintiff, | |
| vs. | |
| DANAL HOMES DEVELOPMENT, INC., et al., | |
| Defendants. / | |

3

| | |
|---|---|
| VINTAGE PROPERTIES INC., et al.,<br><br>   Plaintiff,<br><br>vs.<br><br>MID CONTINENT CASUALTY CO.,<br><br>   Defendants.<br>_____/ | CASE NO. 10-80836-CIV-SEITZ/O'SULLIVAN |

## CASE MANAGEMENT REPORT

  Mid-Continent Casualty Company ("MCC"), on behalf of itself and the other parties whom have made an appearance in the cases before Your Honor, propose the following mediation information, dates, and location pursuant to the Status Conference held on November 23, 2010.

| **CASES THAT WILL MEDIATE** | **AGREED MEDIATION DATE/LOCATION** |
|---|---|
| MID CONTINENT CASUALTY CO., vs. DESIGN DRYWALL OF SOUTH FLORIDA, LLC, et al., CASE NO. 10-20861;<br><br>and<br><br>MID CONTINENT CASUALTY CO., vs. JDM BUILDERS, INC., et al., CASE NO. 10-20862;<br><br>and<br><br>MID CONTINENT CASUALTY CO., vs. ACTIVE DRYWALL SOUTH, INC., et al., CASE NO. 10-20859 | **Date**: February 24, 2011 and February 25, 2011<br>**Mediator**:<br>Rodney A. Max<br>Upchurch Watson White & Max Mediation Group<br>125 South Palmetto Avenue<br>Daytona Beach, Florida  32114<br>P: 800.264.2622-ext. 2238<br>F: 386.255.7722<br>**Location**: Hinshaw & Culbertson LLP<br>9155 S. Dadeland Boulevard, Suite 1600<br>Miami, Florida 33156-2741<br>Telephone: 305-358-7747<br>Facsimile: 305-577-1063 |

14496697v1 0900735 56475

| CASES THAT WILL MEDIATE | AGREED MEDIATION DATE/LOCATION |
|---|---|
| MID CONTINENT CASUALTY CO., vs. CLOUTIER BROTHERS, INC., et al. CASE NO. 10-80459 | **Date**: March 7, 2011<br>**Mediator**:<br>Rodney A. Max<br>Upchurch Watson White & Max Mediation Group<br>125 South Palmetto Avenue<br>Daytona Beach, Florida  32114<br>P: 800.264.2622-ext. 2238<br>F: 386.255.7722<br>**Location**: Hinshaw & Culbertson LLP<br>9155 S. Dadeland Boulevard, Suite 1600<br>Miami, Florida 33156-2741<br>Telephone: 305-358-7747<br>Facsimile: 305-577-1063 |
| MID CONTINENT CASUALTY CO., vs. CENTERLINE HOMES CONSTRUCTION, INC., et al., CASE NO. 10-60484 [Plaintiffs residing in Georgetown and Vizcaya Falls who are represented by C. David Durkee, Esq.][1] | **Date:** March 10, 2011<br>**Mediator:**<br>Rodney A. Max<br>Upchurch Watson White & Max Mediation Group<br>125 South Palmetto Avenue<br>Daytona Beach, Florida  32114<br>P: 800.264.2622-ext. 2238<br>F: 386.255.7722<br>**Location:** Broad and Cassel<br>100 S.E. Third Ave., Ste. 2700<br>Fort Lauderdale, FL 33394<br>Telephone: 954-764-7060<br>Facsimile:  954-761-8135 |

---

[1] As MCC and Centerline explained at the November 23, 2010, Case Management Conference, the Centerline case is unique.  MCC and Centerline agree that a global mediation would not be successful given the number of claims at issue under the Centerline policies and the varying circumstances that exist in each development.  Therefore, MCC and Centerline are moving forward with partial mediations, which are being divided by developments and plaintiffs' counsel.  In addition, many of Centerline's claims are being mediated through the Pilot Program in MDL No. 2047.

5

| CASES THAT WILL MEDIATE | AGREED MEDIATION DATE/LOCATION |
|---|---|
| MID CONTINENT CASUALTY CO., vs. JADE ORGANIZATION, et al., CASE NO. 10-61571<br><br>and<br><br>MID CONTINENT CASUALTY CO., vs. GREGAN CONSTRUCTION, INC., et al., CASE NO. 10-23082 | **Date:** March 4, 2011<br>**Mediator:**<br>Rodney A. Max<br>Upchurch Watson White & Max Mediation Group<br>125 South Palmetto Avenue<br>Daytona Beach, Florida  32114<br>P: 800.264.2622-ext. 2238<br>F: 386.255.7722<br>**Location:**<br>Hinshaw & Culbertson LLP<br>9155 S. Dadeland Boulevard, Suite 1600<br>Miami, Florida 33156-2741<br>Telephone: 305-358-7747<br>Facsimile: 305-577-1063 |
| MID CONTINENT CASUALTY CO., vs. C.L. ARCHITECTS & CONTRACTORS, CORP., et al., CASE NO. 10-23072 | **Date:**[2] TBD<br>**Mediator:**<br>Rodney A. Max<br>Upchurch Watson White & Max Mediation Group<br>125 South Palmetto Avenue<br>Daytona Beach, Florida  32114<br>P: 800.264.2622-ext. 2238<br>F: 386.255.7722<br>**Location**: TBD |

---

[2] Counsel for MCC has notified counsel for Mr. and Mrs. Lanza in the underlying action who are the homeowners in this case. He represented that he did not know whether he would be retained in this coverage action. The Lanzas were served on December 13, 2011 and their response to the Complaint is January 3, 2011. As soon as an attorney makes an appearance we will provide them with Your Honor's order.

6

| CASES THAT WILL MEDIATE | AGREED MEDIATION DATE/LOCATION |
|---|---|
| MID CONTINENT CASUALTY CO., vs. MEYERS CONSTRUCTION & REAL ESTATE, INC., et al., CASE NO. 10-61663 | **Date:** February 23, 2011<br>**Mediator:**<br>Rodney A. Max<br>Upchurch Watson White & Max Mediation Group<br>125 South Palmetto Avenue<br>Daytona Beach, Florida  32114<br>P: 800.264.2622-ext. 2238<br>F: 386.255.7722<br>**Location:** Hinshaw & Culbertson LLP<br>9155 S. Dadeland Boulevard, Suite 1600<br>Miami, Florida 33156-2741<br>Telephone: 305-358-7747<br>Facsimile: 305-577-1063 |
| MID CONTINENT CASUALTY CO., vs. DANAL HOMES DEVELOPMENT, INC., et al., CASE NO. 10-61669 | **Date**: February 14, 2011<br>**Mediator:**<br>Rodney A. Max<br>Upchurch Watson White & Max Mediation Group<br>125 South Palmetto Avenue<br>Daytona Beach, Florida  32114<br>P: 800.264.2622-ext. 2238<br>F: 386.255.7722<br>**Location:**<br>COLSON HICKS EIDSON<br>COLSON MATTHEWS MARTINEZ<br>GONZALEZ KALBAC & KANE<br>255 Alhambra Circle, Penthouse<br>Coral Gables, Florida 33134<br>Telephone: (305) 476-7400<br>Fax: (305) 476-7444 |

14496697v1 0900735 56475

| CASES THAT WILL MEDIATE | AGREED MEDIATION DATE/LOCATION |
|---|---|
| VINTAGE PROPERTIES INC., et al., vs. MID CONTINENT CASUALTY CO., CASE NO. 10-80836 | **Date:** February 18, 2011<br>**Mediator:**<br>Rodney A. Max<br>Upchurch Watson White & Max Mediation Group<br>125 South Palmetto Avenue<br>Daytona Beach, Florida  32114<br>P: 800.264.2622-ext. 2238<br>F: 386.255.7722<br>**Location:** Hinshaw & Culbertson LLP<br>9155 S. Dadeland Boulevard, Suite 1600<br>Miami, Florida 33156-2741<br>Telephone: 305-358-7747<br>Facsimile: 305-577-1063 |

Respectfully submitted,

14496697v1 0900735 56475

s/ Pedro E. Hernandez
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com
Pedro E. Hernandez
Florida Bar No. 30365
phernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard, Suite 1600
Miami, Florida 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

*Counsel for Mid-Continent Casualty Company*

s/ Charles A. Carlson
Thomas G. Long
Florida Bar No. 367321
tlong@barnettbolt.com
Charles A. Carlson
Florida Bar No. 716286
ccarlson@barnettbolt.com
Amy E. Stoll
Florida Bar No. 150959
astoll@barnettbolt.com
BARNETT, BOLT, KIRKWOOD,
LONG & MCBRIDE
601 Bayshore Blvd., Suite 700
Tampa, Florida 33606
Telephone: 813-253-2020
Facsimile: 813-251-6711

*Counsel for Lennar Homes, LLC, f/k/a Lennar Homes, Inc., and U.S Home Corporation*

s/  F. William Harvey
F. William Harvey
Florida Bar No. 342890
fwhlaw@aol.com
F. William Harvey, P.A.
5402 Red Cypress Lane
Tamarac, FL  33319
Telephone: (786) 201-5290
Fax: (954) 486-3206

*Counsel for Active Drywall South, Inc.*

s/ Michael K. Wilson
Michael K. Wilson
Florida Bar No. 657069
mkwilson@broadandcassel.com
Jeremy Springhart
Florida Bar No. 0506052
jspringhart@broadandcassel.com
BROAD & CASSEL
390 North Orange Avenue, Suite 1400
Orlando, Florida  32801
Telephone: (407) 839-4200
Facsimile:  (407) 425-8377

*Counsel for Northstar Holdings, Inc., Northstar Homes, Inc., and Northstar Holdings & B&A, LLC*

| | |
|---|---|
| s/ Vanessa M. Serrano<br>Peter R. Goldman, Esq.<br>Florida Bar No. 860565<br>pgoldman@broadandcassel.com<br>Vanessa M. Serrano, Esq.<br>Florida Bar No. 51555<br>vserrano@broadandcassel.com<br>BROAD AND CASSEL<br>100 S.E. Third Ave., Ste. 2700<br>Fort Lauderdale, FL 33394<br>Telephone: 954-764-7060<br>Facsimile:  954-761-8135<br><br>*Counsel for Centerline Homes, Inc., Centerline Homes Construction, Inc., Completed Communities II, LLC, and Centerline Homes at Georgetown, LLC* | s/ Robert B. Brown<br>Robert B. Brown, III<br>Florida Bar No. 621609<br>bob@abbrclaw.com<br>Baron & Budd, PC<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Telephone: (214) 521-3605<br>Fax: (214) 520-1181<br><br>*Counsel for Browns* |
| /s/  Gregory S. Weiss<br>GREGORY S. WEISS<br>Fla. Bar No. 163430<br>gweiss@leopoldkuvin.com<br>Leopold~Kuvin, P.A.<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, FL  33410<br>Phone: (561) 515-1400<br>Fax: (561) 515-1401<br><br>*Attorneys for Third-Party Defendants, FEINBERG* | s/Barbara O. Llinas<br>Barbara O. Llinas, Esq.<br>Florida Bar No. 675903<br>barbarallinas@kelskylaw.com<br>Brad E. Kelsky, Esq.<br>Florida Bar No. 59307<br>bkelsky@kelskylaw.com<br>Law Offices of Brad E. Kelsky, P.A.<br>10189 Cleary Boulevard<br>Suite 102<br>Plantation, FL 33324<br>Tel:  954-449-1400<br>Fax: 954-449-8986<br><br>*Counsel for Ms. Wetzler* |
| s/ Terri Meyers<br>Terri Meyers<br>Florida Bar No. 881279<br>tmeyers@klugerkaplan.com<br>Kluger Kaplan Silverman & Levine P L<br>201 S Biscayne Blvd, Suite 1700<br>Miami, Florida 33131<br>Telephone: 305-379-9000<br>Fax: 305-379-3428<br><br>*Counsel for Meyers Construction & Real Estate* | s/ Patrick Montoya<br>Patrick S Montoya<br>Florida Bar No. 0524441<br>Patrick@colson.com<br>Ervin A. Gonzalez<br>Florida Bar No. 500720<br>Ervin@colson.com<br>COLSON  HICKS  EIDSON  COLSON  MATTHEWS MARTINEZ GONZALEZ KALBAC & KANE<br>255 Alhambra Circle, Penthouse<br>Coral Gables, Florida 33134<br>Telephone: (305) 476-7400<br>Fax: (305) 476-7444<br><br>*Counsel for Joel Ronkin and Shari Ronkin* |

s/ Michael J. Yates
Michael J. Yates
Florida Bar No.: 0932205
myates@mjylaw.com
LAW OFFICES OF MICHAEL J. YATES, P.L.
5975 Sunset Drive, Suite 602
Miami, Florida 33143
Telephone: (305) 666-8100
Fax: (305) 666-8106

*Counsel for Vintage Properties, Inc., E.N. Suttin Construction Company and Promenade Developers, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all counsel of record.

s/Pedro E. Hernandez
Pedro E. Hernandez
Florida Bar No. 30365
phernandez@hinshawlaw.com

14496697v1 0900735 56475